UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


UNITED STATES OF AMERICA

v.                                                    Case No. 3:19-cr-121(S1)-MMH-PDB

DENNIS ALEXANDER BARAHONA


**UNITED STATES' WITNESS LIST**

The United States of America, through the undersigned Assistant United States Attorney, submits the following list of witnesses that may be called in the government's case-in-chief at the trial of this case:

1.    Jason Clark
      Detective
      Florida Department of Financial Services

2.    Gregorio Fuentes-Zelaya

3.    Nicole Hatti
      ADP

4.    Scott Hercher
      Berkshire Hathaway GUARD Insurance Companies

5.    Scott Kraich
      Special Agent
      Homeland Security Investigations

6.    Renee McClain
      Internal Revenue Service

7.    Ivonne Montes
      America Tax and Insurance Services

8.    Brett Morrow
      Special Agent
      IRS Criminal Investigation

9.    Bobby Pickett
      Task Force Officer
      Homeland Security Investigations

10.   Phillip Reynolds
      Special Agent
      Homeland Security Investigations

11.   Justin Wisnaskas
      Special Agent
      IRS Criminal Investigation

The United States reserves the right to call additional witnesses during the

trial of this case, including in rebuttal, as appropriate under governing law.


                              Respectfully submitted,

                              KARIN HOPPMANN
                              Acting United States Attorney


                        By:  /s/ Arnold B. Corsmeier
                              ARNOLD B. CORSMEIER
                              Assistant United States Attorney
                              Florida Bar No. 869139
                              300 N. Hogan Street, Suite 7-350
                              Jacksonville, FL   32202-4270
                              Telephone:  (904) 301-6300
                              Facsimile:   (904) 301-6310
                              E-mail:       chip.corsmeier@usdoj.gov

2

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Maurice C. Grant, II, Esq.

/s/ Arnold B. Corsmeier
ARNOLD B. CORSMEIER
Assistant United States Attorney

3